**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT JOSEPH DANIEL, | ) NO. EDCV 11-1164-ODW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MIKE McDONALD, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  May 6, 2013 .

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE